# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA
# CIRCUIT

| | | |
|---|---|---|
| AMERICAN WHITEWATER | ) | |
| | ) | |
| Petitioner, | ) | No. <u>23-1291</u> |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL ENERGY REGULATORY COMMISSION | ) | |
| | ) | |
| Respondent. | ) | |

## CORPORATE DISCLOSURE STATEMENTS

Pursuant to Federal Rule of Appellate Procedure Civil Rule 26.1 and Circuit Rule 26.1, Intervenor-Respondents state:

1. Conservation Law Foundation is a nonprofit corporation, has no parent corporation, and no publicly-held corporation has a 10% or greater ownership interest in Conservation Law Foundation.

2. Maine Rivers is a nonprofit corporation, has no parent corporation, and no publicly-held corporation has a 10% or greater ownership interest in Maine Rivers.

Dated at Portland, Maine this 17th Day of November, 2023

/s/ Charles Owen Verrill, Jr  
DC Cir Bar No 14852  
1055 Thomas Jefferson St, NW  
Washington, DC 20007  
(202) 390.8245  
charlesverrill@gmail.com  
Attorney for Maine Rivers  

/s/ Sean Mahoney  
DC Cir Bar No 64602  
Conservation Law Foundation  
53 Exchange St. Suite 200  
Portland, ME 04101  
(207) 210-6439  
smahoney@clf.org

# CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, I electronically filed the foregoing Corporate Disclosure Statements of Maine Rivers and Conservation Law Foundation with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Sean Mahoney
Sean Mahoney, DC Cir Bar No 64602
Conservation Law Foundation
53 Exchange St. Suite 200
Portland, ME 04101
smahoney@clf.org