## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

American Whitewater,          )
     Petitioner,            )
                            )
v.                        )     No. 23-1291
                            )
Federal Energy Regulatory Commission,  )
     Respondent.           )

## CERTIFIED INDEX TO THE RECORD

Pursuant to the provisions of section 313(b) of the Federal Power Act, 16 U.S.C. § 825*l*(b), the provisions of 28 U.S.C. § 2112, and Rule 17 of the Federal Rules of Appellate Procedure, the Federal Energy Regulatory Commission hereby certifies that the materials listed and described below are: (1) the orders complained of, "Order Approving Surrender of License," 183 FERC ¶ 62,095, issued May 22, 2023, and "Order Addressing Arguments Raised on Rehearing," 184 FERC ¶ 61,183, issued September 21, 2023, in *Aclara Meters, LLC*, FERC Docket No. P-3820; and (2) the complete record upon which such orders were entered.

**Record
Item No.**      **Description**

1.        Issued By:  Secretary Of The Commission, FERC
          Filed Date:  09/29/1981
          Accession No.:  19810929-4000
          Description:  Order issuing license (Minor) re General Electric
          Company under P-3820.

2.        Filed By:  General Electric Company
          Filed Date:  12/14/1981
          Accession No.:  19820218-0043
          Description:  Submits license and original testimonies of
          acknowledgment. W/o encl.

3.        Filed By:  General Electric Company
          Filed Date:  03/08/1982
          Accession No.:  19820317-0041
          Description:  Submits dam failure contingency plan for Stone Dam
          Project, per FERC Order 122. W/o encl.

4.        Issued By:  New York Regional Office
          Filed Date:  03/31/1982
          Accession No.:  19820331-0283
          Description:  Exempts General Electric Company from requirements
          of Section S 12.25 re emergency action plan for P-3820-NH.

5.        Filed By:  General Electric Company
          Filed Date:  04/12/1982
          Accession No.:  19820419-0426
          Description:  Submits additional copies of dam failure contingency
          plan for Stone Dam pursuant to 820317 letter request.

6.        Issued By:  New York Regional Office
          Filed Date:  07/15/1982
          Filed Date:  19820715-0102
          Description:  Suggests that General Electric file request for time
          extension for startup of construction of Somersworth Project.

**Record
Item No.**     **Description**

7.          Issued By:  New York Regional Office
            Filed Date:  07/15/1982
            Filed Date:  19820715-0107
            Description:  Advises of filings and reports to be filed per Order 122
            and Articles 4 and 21 re construction of Somersworth Project.

8.          Issued By:  New York Regional Office
            Filed Date:  07/26/1982
            Accession No.:  19820726-0194
            Description:  Summarizes preconstruction inspection of P-3820 on
            820628. No physical changes since prelicense inspection on 810305.

9.          Filed By:  General Electric Company
            Filed Date:  08/03/1982
            Accession No.:  19820805-0046
            Description:  Request by GE for 1 year extension of license issued
            810929 to reactivate hydro facility at Somersworth, NH.

10.         Issued By:  Director And Immediate Staff
            Filed Date:  08/24/1982
            Accession No.:  19820831-0153
            Description:  Order amending General Electric Company license for
            Somersworth Project.

11.         Issued By:  New York Regional Office
            Filed Date:  01/19/1983
            Accession No.:  19830119-0277
            Description:  Discusses requirements of License Article 28 for
            General Electric Project, ME re conveyance report filing.

12.         Filed By:  General Electric Company
            Filed Date:  05/10/1983
            Accession No.:  19830510-0371
            Description:  Engineering report and specs. for Somersworth Hydro
            Facility water passageways by General Electric Company.

| Record Item No. | Description |
| --- | --- |

**13.** Issued By: New York Regional Office
Filed Date: 05/10/1983
Accession No.: 19830510-0369
Description: Forwards engineering report and specs for review of drawings for Somersworth Hydro Facility water passageways re General Electric Company.

**14.** Issued By: New York Regional Office
Filed Date: 05/13/1983
Accession No.: 19830518-0289
Description: Forwards Form 80 recreation report for GE, Somersworth Project/Development. Concurs w/licensees statement requesting exemption.

**15.** Filed By: General Electric Company
Filed Date: 05/17/1983
Accession No.: 19830518-0292
Description: Requests exemption from filing of FERC Form 80, recreation report for Somersworth Project/Development.

**16.** Filed By: General Electric Company
Filed Date: 05/17/1983
Accession No.: 19830518-0296
Description: Licensed hydropower development recreation report for General Electric Company, Somersworth Project/Development. P-3820A. Form 80.

**17.** Issued By: New York Regional Office
Filed Date: 05/18/1983
Accession No.: 19830518-0005
Description: Operation report re General Electric Company Somersworth Project for initial period to 830303, date of inspection.

| Record Item No. | Description |
|---|---|

18.    Issued By:  Hydro-License Administration Division (830117-840714)
Filed Date:  06/02/1983
Accession No.:  19830602-0257
Description:  Informs that review of plans and specifications for civil work at Somersworth Hydro Facility did not find any deficiencies.

19.    Issued By:  New York Regional Office
Filed Date:  06/10/1983
Accession No.:  19830610-0029
Description:  Discusses addendum to 830510 operation inspection report for Somersworth Project.

20.    Issued By:  Director And Immediate Staff
Filed Date:  07/08/1983
Accession No.:  19830721-0363
Description:  Letter order exempting General Electric Company from filing Form 80 for Somersworth Project 830708.

21.    Issued By:  New York Regional Office
Filed Date:  08/23/1983
Accession No.:  19830823-0365
Description:  Construction Report 1 for General Electric Company, Somersworth Project re 830713 inspection of penstock, powerhouse and headgate.

22.    Issued By:  New York Regional Office
Filed Date:  10/11/1983
Accession No.:  19831011-0598
Description:  Construction Report 2 for General Electric Company Somersworth Project, NH. Inspected 830920 by M. Piracci.

23.    Issued By:  New York Regional Office
Filed Date:  12/29/1983
Accession No.:  19831229-0044
Description:  Construction Report 3 re General Electric Company Somersworth Project, NH.

**Record
Item No.**          **Description**

24.          Filed By:  General Electric Company
             Filed Date:  01/30/1984
             Accession No.:  19840201-0395
             Description:  Annual conveyance report of General Electric Company
             stating conveyance at Mast Point Dam for CY83.

25.          Issued By:  New York Regional Office
             Filed Date:  04/10/1984
             Accession No.:  19840410-0017
             Description:  Record of 840404 telcon between NYRO and DIHLA re
             inspections for listed projects.

26.          Issued By:  New York Regional Office
             Filed Date:  06/21/1984
             Accession No.:  19840621-0172
             Description:  Construction Report 4 of General Electric Company for
             Somersworth Project, NH.  Inspected 840530.

27.          Issued By:  New York Regional Office
             Filed Date:  09/12/1984
             Accession No.:  19840912-0306
             Description:  Construction Report #5 for General Electric Company
             Somersworth Project, Stafford County, NH re headgate, etc.
             Inspection on 840905.

28.          Issued By:  New York Regional Office
             Filed Date:  12/27/1984
             Accession No.:  19841227-0421
             Description:  Confirms final construction and initial operation
             inspection for Somersworth Project.

29.          Issued By:  New York Regional Office
             Filed Date:  01/22/1985
             Accession No.:  19850122-0072
             Description:  Final construction report of General Electric Company
             re Somersworth Project.  Inspection of headgate, power canal and
             powerhouse on 841218.

| Record Item No. | Description |
|---|---|

**30.**
Filed By:  General Electric Company
Filed Date:  03/25/1985
Accession No.:  19850329-0355
Description:  General Electric Company informs FERC that project is completed and Exhibit L should not require updating.

**31.**
Issued By:  New York Regional Office
Filed Date:  04/12/1985
Accession No.:  19850412-0107
Description:  Discusses semi-annual report of hydro projects under construction.

**32.**
Issued By:  New York Regional Office
Filed Date:  07/02/1985
Accession No.:  19850702-0566
Description:  Advises General Electric of info request on hydrosite operation for Somersworth Project.

**33.**
Issued By:  New York Regional Office
Filed Date:  08/01/1985
Accession No.:  19850801-0118
Description:  Discusses special investigation of Somersworth Hydrosite Project-General Electric.  Inspection made 850618.

**34.**
Filed By:  General Electric Company
Filed Date:  08/19/1985
Accession No.:  19850917-0475
Description:  Responds to FERC 850627 request for information re GE development of usage flow plan for Salmon Falls River.

**35.**
Issued By:  New York Regional Office
Filed Date:  08/06/1986
Accession No.:  19860806-0023
Description:  Operation report of General Electric Stone Dam Project re dam, intake, penstock and powerhouse.

| Record Item No. | Description |
|---|---|

36.      Filed By:  General Electric Company
         Filed Date:  10/21/1986
         Accession No.:  19861021-0196
         Description:  Informs that General Electric has had legal title to all
         dams, canal, penstock, etc. re P-3820 from the start.

37.      Filed By:  U.S. Fish & Wildlife Service
         Filed Date:  12/22/1986
         Accession No.:  19870107-0347
         Description:  Comment approving flow monitoring plan. Fish &
         Wildlife Service has no objection to license amend re General
         Electric's Somersworth Project.

38.      Filed By:  General Electric Company
         Filed Date:  02/02/1987
         Accession No.:  19870205-0810
         Description:  Application of General Electric Company for
         amendment of license for Somersworth Water Power Project, NH.

39.      Filed By:  General Electric Company
         Filed Date:  02/12/1987
         Accession No.:  19870220-0276
         Description:  General Electric submits annual conveyance report for
         CY86 re P-3820 per License Article 28.

40.      Filed By:  Corps Of Engineers
         Filed Date:  02/18/1987
         Accession No.:  19870304-0378
         Description:  Comments of DOA on notice of application to amend
         license at Somersworth Water Power Project, NH.

41.      Issued By:  Project Management Division (From 840714 TO 880229)
         Filed Date:  03/13/1987
         Accession No.:  19870326-0046
         Description:  Letter order accepting GE amend of license application
         for Somersworth Project, NH for filing as of 870202, 870313.

| **Record Item No.** | **Description** |
|---|---|
| 42. | Filed By: General Electric Company<br>Filed Date: 04/07/1987<br>Accession No.: 19870415-0104<br>Description: Forwards General Electric Company aperture cards per application for license amend re Somersworth Water Power Project, NH. |
| 43. | Filed By: General Electric Company<br>Filed Date: 04/07/1987<br>Accession No.: 19870415-0108<br>Description: Forwards General Electric Company aperture cards per application for license amend re Somersworth Water Power Project, NH. |
| 44. | Filed By: General Electric Company<br>Filed Date: 04/07/1987<br>Accession No.: 19870415-0112<br>Description: General Electric Company Somersworth Water Power Project: Exhibit F-1, proposed hydro plant modification. FERC No. 3820-002-1, P-3820. |
| 45. | Filed By: General Electric Company<br>Filed Date: 04/07/1987<br>Accession No.: 19870415-0117<br>Description: General Electric Company Somersworth Water Power Project: Exhibit F-2, proposed hydro plant modification. FERC No. 3820-002-2, P-3820-01. |
| 46. | Filed By: General Electric Company<br>Filed Date: 04/07/1987<br>Accession No.: 19870415-0121<br>Description: General Electric Company Somersworth Water Power Project: Exhibit F-3, proposed hydro plant modification. FERC No. 3820-002-3, P-3820-02. |

**Record
Item No.**          **Description**

47.          Filed By:  General Electric Company
             Filed Date:  04/07/1987
             Accession No.:  19870415-0128
             Description:  General Electric Company Somersworth Water Power
             Project: Exhibit G-2, proposed hydro plant modification. FERC No.
             3820-002-5, P-3820-03.

48.          Filed By:  General Electric Company
             Filed Date:  04/07/1987
             Accession No.:  19870415-0125
             Description:  General Electric Company Somersworth Water Power
             Project: Exhibit G-1, proposed hydro plant modification. FERC No.
             3820-002-4, P-3820.

49.          Filed By:  General Electric Company
             Filed Date:  04/07/1987
             Accession No.:  19870415-0132
             Description:  General Electric Company Somersworth Water Power
             Project: Exhibit G-3, proposed hydro plant modification. FERC No.
             3820-002-6, P-3820-04.

50.          Filed By:  General Electric Company
             Filed Date:  04/07/1987
             Accession No.:  19870415-0133
             Description:  General Electric Company Somersworth Water Power
             Project: Exhibit G-4, proposed hydro plant modification. FERC No.
             3820-002-7, P-3820-05.

51.          Issued By:  Secretary Of The Commission and Staff
             Filed Date:  04/20/1987
             Accession No.:  19870424-0085
             Description:  Notice of General Electric Company 870202 filing of
             amend of license for Somersworth Project, NH.  Comments due
             870529.

**Record**
**Item No.**          **Description**

52.          Filed By:  General Electric Company
             Filed Date:  05/01/1987
             Accession No.:  19870505-0458
             Description:  Submits updated EAP in compliance w/Order #122 re
             Project-3820 of General Electric Company.

53.          Filed By:  State of New Hampshire
             Filed Date:  05/18/1987
             Accession No.:  19870526-0051
             Description:  Comments by New Hampshire Department of Fish &
             Game re amendment to license for Salmon Falls River Project.

54.          Filed By:  Corps Of Engineers
             Filed Date:  05/29/1987
             Accession No.:  19870602-0436
             Description:  Comments by Corps of Engineers re 870202 notice re
             application for amendment of license for Somersworth Project.

55.          Filed By:  U.S. Environmental Protection Agency
             Filed Date:  06/04/1987
             Accession No.:  19870610-0351
             Description:  Comments of U.S. Environmental Protection Agency re
             application for amend of license for Somersworth Project.

56.          Filed By:  U.S. Department of Interior
             Filed Date:  07/02/1987
             Accession No.:  19870710-0137
             Description:  Comments of U.S. Department of Interior re amend of
             license application for Somersworth Hydro Project.

57.          Issued By:  Dam Safety & Inspections Division (since 840714)
             Filed Date:  07/08/1987
             Accession No.:  19870708-0390
             Description:  Letter order denying General Electric request for
             exemption from Part 12, Subpart D re Stone Dam Project 870629.

**Record**
**Item No.**          **Description**

58.          Filed By:  General Electric Company
             Filed Date:  07/22/1987
             Accession No.:  19870810-0249
             Description:  Requests by General Electric for FERC to expedite final
             approval of amend for P-3820-002.

59.          Issued By:  Project Management Division (from 840714 to 880229)
             Filed Date:  08/04/1987
             Accession No.:  19870804-0488
             Description:  Summarizes safety and design assessment of license
             amendment for Somersworth Project re General Electric Company.

60.          Issued By:  Environmental Analysis Division (from 840715 to
             880229)
             Filed Date:  08/10/1987
             Accession No.:  19870810-0401
             Description:  Forwards environmental assessment re 870202
             application for Somersworth Hydro Project, NH-ME.

61.          Issued By:  Environmental Analysis Division (from 840715 to
             880229)
             Filed Date:  08/10/1987
             Accession No.:  19870810-0406
             Description:  Environmental assessment re General Electric Company
             870202 application to amend license for Somersworth Hydro Project,
             NH-ME.

62.          Issued By:  Environmental Analysis Division (from 840715 to
             880229)
             Filed Date:  08/10/1987
             Accession No.:  19870810-0422
             Description:  Environmental recommendations re 870202 application
             for Somersworth Hydro Project, NH-ME.

| **Record Item No.** | **Description** |
|---|---|

63.     Issued By:  Director and Immediate Staff (since 840715)
Filed Date:  08/20/1987
Accession No.:  19870821-0305
Description:  Order amending license of General Electric Company for the Somersworth Project.

64.     Issued By:  New York Regional Office
Filed Date:  08/28/1987
Accession No.:  19870828-0094
Description:  Operation report for General Electric Company Somersworth Project, NH for period 860625-870617 re 870617 inspection of dam, intake, etc.

65.     Issued By:  Dam Safety & Inspections Division (since 840714)
Filed Date:  09/29/1987
Accession No.:  19871019-0014
Description:  Letter order approving J. R. Lavigne as independent consultant for Part 12 safety inspection of Somersworth Project. 870929.

66.     Filed By:  Rivers Engineering Corporation, General Electric Company
Filed Date:  12/15/1987
Accession No.:  19880105-0538
Description:  Requests exemption for General Electric Company (NH) from 1st consultant's safety inspection report re Somersworth Project, NH.  W/encl.

67.     Filed By:  General Electric Company
Filed Date:  03/09/1988
Accession No.:  19880406-0228
Description:  Informs of General Electric installation of stream flow gauges to monitor instantaneous operation.  W/encl.

| Record Item No. | Description |
|---|---|

68.    Issued By:  New York Regional Office
       Filed Date:  03/15/1988
       Accession No.:  19880315-0193
       Letter notice that General Electric submit overdue compliance
       w/License Art. 402 for P-3820 within 10-days.

69.    Issued By:  Dam Safety & Inspections Division (since 840714)
       Filed Date:  06/04/1988
       Accession No.:  19880604-0154
       Description:  Response to Rivers Engineering Corp. 871116 letter
       requesting exemption from Part 12 requirements for GE.

70.    Issued By:  New York Regional Office
       Filed Date:  08/17/1988
       Accession No.:  19880817-0273
       Description:  Operation report for Somersworth Project of General
       Electric Company for 870617-880720 period.

71.    Issued By:  New York Regional Office
       Filed Date:  06/12/1989
       Accession No.:  19890623-0346
       Description:  Operation report of General Electric Company, NH,
       Somersworth Project, NH, for period 880721 to 890510.  Inspection
       by A. Lange 890510.

72.    Filed By:  General Electric Company
       Filed Date:  06/26/1989
       Accession No.:  19890629-0461
       Description:  General Electric Company submits annual conveyance
       report for Project 3820.

73.    Issued By:  Portland Regional Office (since 851001)
       Filed Date:  06/27/1989
       Accession No.:  19890627-0118
       Description:  Request FERC to update HLCTS records to reflect new
       deadlines for compliance for General Electric Somersworth Project
       3820.

**Record**
**Item No.**      **Description**

74.      Filed By:  General Electric Company
         Filed Date:  01/23/1990
         Accession No.:  19900129-0442
         Description:  General Electric Power advises FERC that there were no
         conveyances for CY89 for Project 3820.

75.      Filed By:  General Power Corporation
         Filed Date:  01/30/1990
         Accession No.:  19900205-0048
         Description:  Annual conveyance report for CY89 for GE Power
         Project P-3820.

76.      Issued By:  New York Regional Office
         Filed Date:  06/25/1990
         Accession No.:  19900625-0150
         Description:  Operation report for GE Somersworth Project, P-3820
         for 890511- 900425.

77.      Issued By:  New York Regional Office
         Filed Date:  06/27/1990
         Accession No.:  19900627-0119
         Description:  Discusses construction completion for Somersworth
         Project of General Electric Company under P-3820.

78.      Issued By:  New York Regional Office
         Filed Date:  06/27/1990
         Accession No.:  19900627-0434
         Description:  Letter notice directing General Electric to install safety
         boom across river etc. under Project 3820.

79.      Issued By:  New York Regional Office
         Filed Date:  07/17/1990
         Accession No.:  19900727-0453
         Description:  Letter order granting General Electric Company
         installation of safety boom, Somersworth Dam under P-3820.

| Record Item No. | Description |
|---|---|

80.     Filed By:  General Electric Company
Filed Date:  02/15/1991
Accession No.:  19910219-0375
Description:  GE Power Delivery submits conveyance report for CY90 for Project 3820.

81.     Filed By:  General Electric Company
Filed Date:  02/15/1991
Accession No.:  19910221-0410
Description:  General Electric Company submits report of no conveyances for CY90 under P-3820.

82.     Filed By:  General Electric Company
Filed Date:  03/18/1991
Accession No.:  19910320-0144
Description:  General Electric Company submits rev. plan and elevations of 48" diameter penstock to show as-built conditions under P-3820.

83.     Issued By:  Project Compliance & Administration Division (since 880301)
Filed Date:  04/16/1991
Accession No.:  19910418-0169
Description:  Order approving as-built exhibits re Somersworth Project of General Electric Company under P-3820.

84.     Issued By:  New York Regional Office
Filed Date:  06/04/1991
Accession No.:  19910618-0322
Description:  Letter notice to General Electric Company to submit report on evaluations re Stone Dam Project, NH within 60-days under P-3820.

**Record
Item No.**        **Description**

85.        Issued By:  New York Regional Office
           Filed Date:  10/07/1991
           Accession No.:  19911007-0226
           Description:  Operation report of General Electric Company
           Somersworth Project, NH for period of 900426-910731 re 910731
           inspection of dam, intake, penstock and powerhouse under P-3820.

86.        Issued By:  New York Regional Office
           Filed Date:  11/18/1991
           Accession No.:  19911210-0299
           Description:  Letter notice requesting General Electric to furnish
           missing info within 10-days re General Electric Company Stone Dam
           Project under P-3820.

87.        Filed By:  General Electric Company
           Filed Date:  12/17/1991
           Accession No.:  19911219-0245
           Description:  Licensed hydropower development recreation report of
           General Electric Company re Somersworth Project P-03820. Form 80.

88.        Filed By:  General Electric Company
           Filed Date:  12/17/1991
           Accession No.:  19911224-0063
           Description:  General Electric Company submits report of River's
           Engineering Corp etc. to satisfy request for documentation re Stone
           Dam Project under P-3820.

89.        Filed By:  General Electric Company
           Filed Date:  01/13/1992
           Accession No.:  19920115-0361
           Description:  Conveyance report of General Electric Company Article
           406 no conveyances etc. granted during CY91 under P-3820.

| Record Item No. | Description |
|---|---|

90.     Filed By:  General Electric Company
        Filed Date:  01/16/1992
        Accession No.:  19920116-0466
        Description:  Conveyance report for Project P-3820 by General
        Electric Company for CY91.

91.     Filed By:  General Electric Company
        Filed Date:  01/21/1992
        Accession No.:  19920124-0340
        Description:  Submittal by General Electric Company documents
        supporting "low hazard" classification of Stone Dam under P-3820.

92.     Filed By:  General Electric Company
        Filed Date:  02/03/1992
        Accession No.:  19920206-0281
        Description:  General Electric submits report by Rivers Engineering
        as response to 910604 letter of FERC re Stone Dam Project under
        P-3820.

93.     Filed By:  State of Maine
        Filed Date:  03/06/1992
        Accession No.:  19920309-0293
        Description:  Comments of Maine Department of Environmental
        Protection re Multon 3 Pond Project 6588 and six others.

94.     Issued By:  New York Regional Office
        Filed Date:  03/10/1992
        Accession No.:  19920320-0120
        Description:  Letter order re-classifying General Electric Company's
        Stone Dam structure hazard potential from significant to low due to
        no hazard to life/property re Somersworth Project under P-3820.

**Record**
**Item No.**      **Description**

95.          Issued By:  Project Compliance & Administration Division (since
             880301)
             Filed Date:  03/11/1992
             Accession No.:  19920318-0363
             Description:  Letter notice requesting General Electric Company to
             submit within 30- days report re review of compliance w/Article 26 of
             license for Somersworth Project 3820.

96.          Filed By:  General Electric Company
             Filed Date:  04/03/1992
             Accession No.:  19920407-0089
             Description:  General Electric Company submits daily summary of
             electricity generation during 910601 through 910930 re Somersworth
             Project 3820.

97.          Issued By:  Project Review Division (since 880301)
             Filed Date:  05/19/1992
             Accession No.:  19920603-0043
             Description:  Letter notice advising General Electric Company of non-
             compliance w/Article 6 until submittal of info requested in 920311
             letter etc. re Somersworth P-3820.

98.          Filed By:  General Electric Company
             Filed Date:  08/17/1992
             Accession No.:  19920819-0176
             Description:  General Electric Company discusses compliance
             w/Articles 6 and 26 re Somersworth Project under P-3820.

99.          Issued By:  New York Regional Office
             Filed Date:  09/18/1992
             Accession No.:  19920918-0033
             Description:  Operation report for General Electric Company for
             Somersworth Project for period 910731 to 920721 under P-3820.

| Record Item No. | Description |
|---|---|

100.   Filed By:  General Electric Company
       Filed Date:  10/13/1992
       Accession No.:  19921015-0424
       Description:  General Electric Meter & Control request for approval to
       proceed with work re Somersworth Project and compliance w/Articles
       6 and 26 under P-3820.

101.   Filed By:  General Electric Company
       Filed Date:  10/16/1992
       Accession No.:  19921020-0305
       Description:  General Electric Company requests approval to proceed
       with stream, stage and flow work at Somersworth P-3820, NH.

102.   Issued By:  Project Compliance & Administration Division (since
       880301)
       Filed Date:  12/13/1992
       Accession No.:  19921213-0035
       Description:  Advises General Electric of violation of Article 8 re
       Somersworth P-3820.

103.   Filed By:  General Electric Company
       Filed Date:  01/15/1993
       Accession No.:  19930126-0127
       Description:  General Electric reports no conveyances at Somersworth
       Hydroelectric Project during CY92 (P-3820).

104.   Filed By:  Individual
       Filed Date:  04/08/1993
       Accession No.:  19930413-0166
       Description:  Comments of M. F. Acerra re General Electric
       Company, Somersworth Project 3820.

**Record**
**Item No.**     **Description**

105.    Issued By: Project Compliance & Administration Division (since
        880301)
        Filed Date: 04/27/1993
        Accession No.: 19930430-0327
        Description: Order amending General Electric streamgaging plan for
        Somersworth P-3820.

106.    Filed By: General Electric Company
        Filed Date: 06/14/1993
        Accession No.: 19930621-0316
        Description: General Electric Company submits license strip chart for
        May 1993, connected to water level probe in project reservoir above
        Stone Dam re Somersworth P-3820.

107.    Issued By: Project Compliance & Administration Division (since
        880301)
        Filed Date: 07/08/1993
        Accession No.: 19930713-0191
        Description: Letter order accepting General Electric Meter/Control
        Paragraph (B) for Somersworth Project under P-3820.

108.    Filed By: General Electric Company
        Filed Date: 01/18/1994
        Accession No.: 19940128-0344
        Description: General Electric Company per Article 28 advises FERC
        that no conveyances were made for CY93 for Project 3820.

109.    Filed By: General Electric Company
        Filed Date: 02/08/1994
        Accession No.: 19940302-0218
        Description: Minimum flow compliance report of General Electric
        Company for CY93 under P-3820 per Article 35.

| **Record Item No.** | **Description** |
| --- | --- |

110.      Filed By:  General Electric Company
          Filed Date:  11/15/1994
          Accession No.:  19941130-0172
          Description:  General Electric Company submits description of
          conveyance facilities and requested maintenance and inspection
          program under P-3820.

111.      Issued By:  New York Regional Office
          Filed Date:  11/30/1994
          Accession No.:  19941130-0142
          Description:  Operation report for General Electric Company for
          Somersworth Project for period 920721 to 940824 under P-3820.

112.      Filed By:  General Electric Company
          Filed Date:  12/21/1995
          Accession No.:  19960208-0371
          Description:  General Electric Company asks permission to run hydro
          station without normally required level etc. re Stone Dam Project
          3820.

113.      Issued By:  Division of Financial Services
          Filed Date:  06/20/1996
          Accession No.:  19960628-0320
          Description:  Letter notice directing General Electric Company to
          submit overdue payment for annual charges, Bill #B6075482, for
          Project 3820. Must be received by 960714. B6075482.

114.      Issued By:  Division of Financial Services
          Filed Date:  07/15/1996
          Accession No.:  19960724-0078
          Description:  Letter notice directing General Electric Company to
          submit overdue payment for annual charges, Bill #B6075482, for
          Project 3820.  Must be received by 960813. B6075482.

| **Record** | |
| **Item No.** | **Description** |

115.    Filed By:  General Electric Company
Filed Date:  09/06/1996
Accession No.:  19960912-0446
Description:  General Electric Company submits statement of compliance with minimum flow requirements for Somersworth Project, P-3820.

116.    Issued By:  New York Regional Office
Filed Date:  12/23/1996
Accession No.:  19970602-1316
Description:  Requests General Electric Company to submit all survey data and records for monitoring of Stone Dam's crest by 960110 re inspection of Somersworth Project 3820.

117.    Issued By:  New York Regional Office
Filed Date:  01/08/1997
Accession No.:  19970113-0514
Description:  Operation Report re General Electric Company's Somersworth Project for period 940824 to 960821 under P-3820.

118.    Filed By:  General Electric Company
Filed Date:  01/27/1997
Accession No.:  19970211-0013
Description:  General Electric Company submits survey network established in 1991/1992 to monitor vertical/horizontal movement of Stone Dam Project 3820.

119.    Filed By:  General Electric Company
Filed Date:  02/04/1997
Accession No.:  19970224-0267
Description:  General Electric submits statement of compliance with minimum flows during 1996 at Somersworth Project, P-3820.

| **Record Item No.** | **Description** |
|---|---|
| 120. | Filed By:  General Electric Company<br>Filed Date:  03/10/1997<br>Accession No.:  19970318-0283<br>Description:  General Electric Company submits copy of factory engineering site plan etc. under P-3820. |
| 121. | Issued By:  New York Regional Office<br>Filed Date:  03/11/1997<br>Accession No.:  19970602-2113<br>Description:  Informs General Electric Company that plan satisfies submission of rev public safety plan for Somersworth Project under P-3820. |
| 122. | Filed By:  General Electric Company<br>Filed Date:  11/05/1997<br>Accession No.:  19971117-0364<br>Description:  General Electric Company submits copy of updated civil survey performed at Salmon Falls River Dam Project 3820. |
| 123. | Filed By:  General Electric Company<br>Filed Date:  02/09/1998<br>Accession No.:  19980213-0523<br>Description:  General Electric Company certifies that project operated in compliance w/Article 35 minimum flow requirements for 1997 at Somersworth Project, P-3820. |
| 124. | Issued By:  New York Regional Office<br>Filed Date:  02/18/1998<br>Accession No.:  19980224-0301<br>Description:  Mass mailing re 1998 reprint and inundation mapping of EAPs re Project 8505 et al. |

| Record Item No. | Description |
|---|---|

125.  Issued By:  New York Regional Office
Filed Date:  02/18/1998
Accession No.:  19980303-0401
Description:  Letter correcting 980128 mailing of C. Goggins phone number re EAP 1998 Reprint and Inundation Mapping under P-8505 et al.

126.  Issued By:  New York Regional Office
Filed Date:  07/23/1998
Accession No.:  19980803-0463
Description:  Letter directing General Electric Company to submit plan and schedule for addressing noted conditions at Project 3820 by 980824.

127.  Filed By:  General Electric Company
Filed Date:  08/26/1998
Accession No.:  19980908-0673
Description:  General Electric Company submits response to 980723 letter re site inspection dated 980707 under P-3820.

128.  Filed By:  General Electric Company
Filed Date:  10/16/1998
Accession No.:  19981026-0431
Description:  General Electric Company submits summary of recent telephone discussions re 980707 site inspection of Somersworth Project 3820 etc.

129.  Issued By:  New York Regional Office
Filed Date:  10/23/1998
Accession No.:  19981106-0223
Description:  Operation Report re General Electric Company, Somersworth Project for period 960821 to 980707 under P-3820.

| Record Item No. | Description |
|---|---|

130.     Issued By:  New York Regional Office
Filed Date:  12/11/1998
Accession No.:  19981223-0336
Description:  FERC East Branch mass mailing re Y2K and water control and conveyance issues for P-8505 et al.

131.     Issued By:  New York Regional Office
Filed Date:  12/16/1998
Accession No.:  19981223-0313
Description:  Letter submitting summary of requirements of Part 8 and 12 of FERC Regulations concerning Abbott's Mill Hydro Project 8505 et al.

132.     Filed By:  General Electric Company
Filed Date:  02/22/1999
Accession No.:  19990315-0259
Description:  General Electric Company informs FERC that minimum flow was maintained during 1998 under P-3820.

133.     Filed By:  General Electric Company
Filed Date:  05/14/1999
Accession No.:  19990601-0261
Description:  General Electric Company submits proposal for engineering services dated November 1998 under P-3820.

134.     Issued By:  New York Regional Office
Filed Date:  09/17/1999
Accession No.:  19991213-0145
Description:  Letter directing General Electric Company to submit an consultants inspection report in triplicate form by the proposed date of 991101 re Somersworth Project 3820.

| Record Item No. | Description |
|---|---|

135.    Filed By:  GE Industrial Systems
Filed Date:  11/01/1999
Accession No.:  20000207-0284
Description:  GE Industrial Systems advises that all underwater areas of the canal gate structure were thoroughly inspected etc. re 980707 site inspection for Somersworth Project 3820.

136.    Issued By:  New York Regional
Filed Date:  11/23/1999
Accession No.:  20000127-0255
Description:  Mass mailing to Abbott's Mill Hydro et al. discussing Y2K readiness of all gates and outlets and generators under P-8505 et al.

137.    Filed By:  Chi Energy Inc.
Filed Date:  12/27/1999
Accession No.:  20000307-0149
Description:  Chi Energy, Inc. submits contact information for Y2K rollover period for Lowell Project, et al. under P-2790, et al.

138.    Issued By:  New York Regional Office
Filed Date:  01/14/2000
Accession No.:  20000301-0151
Description:  Mass mailing transmitting a summary of requirements of Parts 8 and 12 of FERC regulations to assist Abbott's Mill Hydro et al. in compliance with requirements under P-8505 et al.

139.    Issued By:  New York Regional Office
Filed Date:  08/21/2000
Accession No.:  20001004-0138
Description:  Letter advising General Electric Company to provide copies of the consultant's report in triplicate and a schedule for repairing the structures and clearing of heavy brushes etc. by September 18, 2000 re Somersworth Project 3820.

**Record**
**Item No.**     **Description**

140.     Filed By:  New York Regional Office, GE Industrial Systems
Filed Date:  10/16/2000
Accession No.:  20001122-0355
Description:  GE Industrial Systems submits site inspection of July 25, 2000 and letter dated August 21, 2000 under P-3820.

141.     Issued By:  New York Regional Office
Filed Date:  11/07/2000
Accession No.:  20001222-0256
Description:  Letter order accepting General Electric Company's proposed plan of action and schedule for completing recent inspection deficiencies at Somersworth Dam under P-3820.

142.     Filed By:  GE Industrial Systems
Filed Date:  12/26/2000
Accession No.:  20010124-0242
Description:  GE Industrial System submits its dam survey letter, report, monitoring network drawing, concrete repair design letter and drawing, P-3820.

143.     Filed By:  GE Industrial Systems
Filed Date:  12/26/2000
Accession No.:  20010124-0403
Description:  GE Industrial System submits its dam survey letter, report, monitoring network drawing, concrete repair design letter and drawing, P-3820.

144.     Issued By:  New York Regional Office
Filed Date:  01/26/2001
Accession No.:  20010126-9024
Description:  Operation Report, by NYRO, for General Electric Company's Somersworth Project, P-3820 for the period 07/07/1998 to 07/25/2000.

| **Record Item No.** | **Description** |
| --- | --- |

145.    Issued By:  New York Regional Office
        Filed Date:  02/14/2001
        Accession No.:  20010509-0302
        Description:  Letter order accepting General Electric Company's plans and designs for the Somersworth Project under P-3820.

146.    Filed By:  GE Industrial Systems
        Filed Date:  02/14/2001
        Accession No.:  20010509-0319
        Description:  GE Industrial System certifies that the hydroelectric project was operated in 1999 in compliance with Article 35 and the minimum flow of 10 CFS flow was maintained by keeping the water level behind the dam etc. under P-3820.

147.    Filed By:  General Electric Company
        Filed Date:  02/14/2001
        Accession No.:  20010509-0138
        Description:  General Electric Company submits letter certifying its annual minimum flow report for the calendar year, 2000, was in compliance with Article 35 and that no ponding occurred pursuant to Article 401 re Somersworth Project under P-3820.

148.    Issued By:  New York Regional Office
        Filed Date:  10/19/2001
        Accession No.:  20011019-9003
        Description:  Environmental Inspection Report, by NYRO, for General Electric Company's Somersworth Project, P-3820 for the period Initial to 07/18/2001.

149.    Filed By:  General Electric Company, Southern New Hampshire Hydro Development Corporation
        Filed Date:  11/16/2001
        Accession No.:  20011121-0206
        Description:  General Electric Company and Southern New Hampshire Hydro-Electric Development Corporation submits an application for approval of transfer for license et al. under P-3820.

| Record Item No. | Description |
|---|---|

150.   Filed By:  General Electric Company, Southern New Hampshire Hydro Development Corporation
Filed Date:  11/19/2001
Accession No.:  20011130-0103
Description:  General Electric Company et al. submits notice of filing suitable for publication in the Federal Register re application for transfer of license which was omitted from the 11/14/01 filing under P-3820.

151.   Issued By:  Secretary Of The Commission & Staff
Filed Date:  11/29/2001
Accession No.:  20011130-0126
Description:  Notice of transfer of license and soliciting comments, motions to intervene and protests regarding General Electric Company and Southern New Hampshire Hydro-Electric Development Corporation's Somersworth Hydroelectric Project under P-3820.

152.   Issued By:  Dam Safety & Inspections Division (since 840714)
Filed Date:  01/18/2002
Accession No.:  20020123-0362
Description:  FERC Memo dated 1/17/02 concerning transfer of license for General Electric Company and Southern New Hampshire's Somersworth Project under P-3820.  Non-Public.

153.   Issued By:  New York Regional Office
Filed Date:  02/08/2002
Accession No.:  20020515-0219
Description:  Letter to Domtar Maine Corporation forwarding summary of some of the requirements (primarily from Parts 8 and 12 of the FERC Regulations) for the Wood Mill Project et al. under P-7254 et al.

| Record Item No. | Description |
|---|---|

154.     Issued By:  Office of Energy Projects
         Filed Date:  02/27/2002
         Accession No.:  20020228-0406
         Description:  Order Approving Transfer of License regarding General
         Electric Company, Southern New Hampshire, Hydro-Electric
         Development Corporation under P-3820.

155.     Filed By:  GE Industrial Systems
         Filed Date:  03/22/2002   000   20020327-0229
         GE Industrial Systems submits its annual compliance certification
         with respect to Article 35, for the minimum flow at Somersworth
         Project under P-3820.

156.     Filed By:  Wyskiel, Boc & Tillinghast, PA
         Filed Date:  03/25/2002
         Accession No.:  20020327-0208
         Description:  Wyskiel, Boc & Tillinghast, PA request CHI/
         Somersworth Hydro to delay proceeding with any repair work until
         requested documentation re Somersworth Project under P-3820.

157.     Filed By:  General Electric Company, Southern New Hampshire
         Hydroelectric Corporation
         Filed Date:  04/26/2002
         Accession No.:  20020429-0131
         Description:  General Electric Company and Southern New
         Hampshire Hydro-Development Corporation submits a joint request
         for an extension of time to submit certified copies of conveyance and
         signed acceptance sheets in accordance with FERC's 2/27/02 order
         under P-3820.

| **Record Item No.** | **Description** |
|---|---|

158.      Filed By:  General Electric Company, Southern New Hampshire Hydro-Development Corporation
Filed Date:  05/01/2002
Accession No.:  20020510-0211
Description:  General Electric Company and Southern New Hampshire Hydro-Electric Development Corporation submits correction to 4/25/02 transmittal letter transmitting its joint request for extension of time under P-3820.

159.      Issued By:  Division of Hydropower Administration and Compliance
Filed Date:  05/29/2002
Accession No.:  20020530-0131
Description:  Order granting General Electric Company and Southern New Hampshire Hydro-Electric Development Corporation extension of time to 10/1/02 to comply with ordering paragraph (c) of FERC's 2/27/02 Order for the Somersworth Project under P-3820.

160.      Issued By:  Division of Hydropower Administration and Compliance
Filed Date:  05/29/2002
Accession No.:  20020529-2003
Order granting extension of time for file transfer documents re General Electric Company et al. for the Somersworth Project 3820.

161.      Filed By:  General Electric Company, Southern New Hampshire Hydro Development Corporation
Filed Date:  10/30/2002
Accession No.:  20021031-0088
Description:  General Electric Company and Southern New Hampshire Hydro-Electric Development Corporation inform FERC their transaction and the planned purchase and sale of assets and transfer of license have been terminated under P-3820.

31

**Record
Item No.**     **Description**

162.     Filed By:  GE Industrial Systems
Filed Date:  01/14/2003
Accession No.:  20030122-0030
Description:  GE Industrial Systems certifies that the Somersworth
Hydroelectric Project was operated in 2002 in compliance with their
license, pursuant to Article 35 et al. under P-3820.

163.     Issued By:  Hydro-License Administration Division (830117-840714)
Filed Date:  01/15/2003
Accession No.:  20030115-3009
Order rescinding Order approving transfer of license re General
Electric Company and Southern New Hampshire Hydro Electric
Development Corporation under P-3820.

164.     Issued By:  New York Regional Office
Filed Date:  01/21/2003
Accession No.:  20030403-0213
Description:  Letter order accepting Somersworth's 01/08/03
Minimum Flow Certification Report, which satisfies the filing
requirements of Section 12.4 of FERC's regulations under P-3820.

165.     Issued By:  New York Regional Office
Filed Date:  01/21/2003
Accession No.:  20030403-0194
Description:  Letter order accepting Paul Lanoie's 1/8/03 letter
certifying compliance with the minimum flow requirement for the
Somersworth Project 3820 which satisfies the filing requirements of
Section 12.4 of FERC's Regulations, P-3820.

166.     Filed By:  GE Industrial Systems
Filed Date:  03/07/2003
Accession No.:  20030312-0103
Description:  GE Industrial Systems request changes to FERC's
official service list by adding Paul Lanoie as the primary contract and
Kevin Barry as a secondary contract under P-3820.

32

**Record**
**Item No.**    <u>**Description**</u>

167.    Filed By:  GE Industrial Systems
Filed Date:  05/09/2003
Accession No.:  20030516-0127
Description:  GE Industrial Systems' response to FERC's 3/21/03 letter re EAP Exemption Review and finds that no conditions have occurred upstream/downstream of Somersworth Dam that would affect the hazard classification re P-3820.

168.    Issued By:  New York Regional Office
Filed Date:  05/13/2003
Accession No.:  20030523-0016
Letter order informing General Electric that its 5/6/03 letter certifying compliance with the Emergency Action Plan Exemption Review satisfies the filing requirements of Section 12.21(c)(1) of FERC's Regulations re Somersworth Project 3820.

169.    Filed By:  GE Industrial Systems
Filed Date:  07/18/2003
Accession No.:  20030722-0076
Description:  GE Industrial Systems notifies FERC of the contact changes and requests FERC list Kevin M. Berry as the primary contact person and Arthur Mullen as the secondary contact person regarding to the Somersworth Project under P-3820.

170.    Filed By:  GE Industrial Systems
Filed Date:  08/04/2003
Accession No.:  20030811-0190
Description:  GE Industrial Systems submits a copy of the 1998 Penstock Condition Assessment performed by Kleinschmidt Associates etc. regarding the 7/30/03 site visit under P-3820.

**Record
Item No.**      **Description**

171.      Issued By:  New York Regional Office
Filed Date:  08/12/2003
Accession No.:  20030815-0227
Description:  Letter directing General Electric Company to perform
no later than 12/1/03 brush and vegetation removal along with
returning the banks of the canal to their natural grassy state as soon as
practical etc. under P-3820.

172.      Issued By:  New York Regional Office
Filed Date:  09/10/2003
Accession No.:  20030916-0079
Description:  Letter requesting General Electric Company to perform
the necessary concrete repair and to submit no later than 12/31/04, the
photographs of job completion re Gate House Project under P-3820.

173.      Issued By:  New York Regional Office
Filed Date:  09/25/2003
Accession No.:  20030929-0103
Description:  Operation Report by New York Regional Office for
General Electric Company's Somersworth Project for the period of
7/25/00 to 7/30/03 under P-3820.

174.      Filed By:  GE Industrial Systems
Filed Date:  01/08/2004
Accession No.:  20040113-0185
Description:  GE Industrial Systems certifies that the hydro project
was operated in 2003 in compliance with license Article 35 and the
minimum flow of 10 CFS was maintained by keeping the water level
behind the Great Falls Upper Dam under P-3820.

175.      Filed By:  GE Industrial Systems
Filed Date:  01/08/2004
Accession No.:  20040113-0186
Description:  GE Industrial Systems certifies that the Great Falls
Upper Dam was operated in 2003 in compliance with license Article
35 and the minimum flow was maintained by keeping the water level
behind the Great Falls Upper Dam under P-3820.

**Record
Item No.**     **Description**

176.     Filed By:  General Electric Company
Filed Date:  10/28/2004
Accession No.:  20041103-0057
Description:  General Electric Company informs FERC that they have
completed rehabilitation work to repair damage concrete at the canal
gatehouse and ice sluiceway structures located in Somersworth, NH
under P-3820.

177.     Filed By:  GE Industrial Systems
Filed Date:  02/07/2005
Accession No.:  20050214-0111
Description:  GE Industrial Systems submits its Annual Compliance
Certification for 2004 under P-3820.

178.     Filed By:  General Electric Company
Filed Date:  02/25/2005
Accession No.:  20050308-0174
Description:  General Electric Company convey the results of the
annual Emergency Action Plan Exemption Review re the
Somersworth Dam under P-3820.

179.     Filed By:  General Electric Company
Filed Date:  02/25/2005
Accession No.:  20050301-0066
Description:  General Electric Company informs FERC that there
have been no changes to conditions upstream or downstream of the
Project that would affect the hazard potential classification of the
structure under P-3820.

180.     Filed By:  General Electric Company
Filed Date:  02/28/2005
Accession No.:  20050308-0124
Description:  General Electric Company submits this letter to convey
the results of its Annual Emergency Action Plan Exemption review
etc. under P-3820.

**Record
Item No.**          **Description**

181.          Issued By:  New York Regional Office
              Filed Date:  01/06/2006
              Accession No.:  20060106-0155
              Description:  Letter to James R. Adams Director, Department of
              Utilities & Energy Management, Cornell University et al. enclosing a
              summary of some of the requirements (primarily from Parts 8 and 12
              of FERC's Regulations) under P-2323 et al.

182.          Filed By:  General Electric Company
              Filed Date:  01/23/2006
              Accession No.:  20060130-0046
              Description:  General Electric Company certifies that their project was
              operated in 2005 in compliance with their license under P-3820.

183.          Filed By:  General Electric Company
              Filed Date:  05/01/2006
              Accession No.:  20060515-0275
              Description:  GE Electric Company convey the results of its annual
              Emergency Action Plan Exemption Review for Project 3820.

184.          Filed By:  General Electric Company
              Filed Date:  05/01/2006
              Accession No.:  20060515-0270
              Description:  General Electric Company submits the results of their
              annual Emergency Action Plan Exemption Review under P-3820.

185.          Filed By:  General Electric Company
              Filed Date:  05/01/2006
              Accession No.:  20060515-0274
              Description:  GE Meter informs FERC a change in contact
              information under P-3820.

186.          Filed By:  General Electric Company
              Filed Date:  05/01/2006
              Accession No.:  20060515-0276
              Description:  General Electric Company submits the results of its
              annual Emergency Action Plan Exemption Review for Project 3820.

| Record Item No. | Description |
|---|---|

**187.**   Issued By:  New York Regional Office
Filed Date:  06/16/2006
Accession No.:  20060619-0033
Description:  Letter requesting General Electric Company to provide a plan and schedule within 30 days to address items concerning the 5/10/06 operation inspection of the Somersworth Hydro Project under P-3820.

**188.**   Filed By:  General Electric Company
Filed Date:  07/10/2006
Accession No.:  20060717-0078
Description:  General Electric Company responds to items noted at the 5/10/06 site inspection of Project 3820.

**189.**   Issued By:  New York Regional Office
Filed Date:  01/12/2007
Accession No.:  20070116-0154
Description:  Operation Report by the New York Regional Office for General Electric Company's Somersworth Project for the period of 7/30/03 to 5/10/06 under P-3820.

**190.**   Filed By:  General Electric Company
Filed Date:  01/18/2007
Accession No.:  20070124-0086
Description:  General Electric Company submits the annual compliance certification for minimum flow at the Great Falls Upper Dam Project 3820.

**191.**   Filed By:  General Electric Company
Filed Date:  01/18/2007
Accession No.:  20070126-0046
Description:  General Electric Company submits the 2006 Dam Safety Report prepared by Civil Consultants on 9/13/06 under P-3820.

**Record Item No.**     **Description**

192.     Filed By:  General Electric Company
Filed Date:  01/18/2007
Accession No.:  20070126-0047
Description:  General Electric Company submits the 2006 Dam Safety Report prepared by Civil Consultants on 9/13/06 under P-3820. Large Format Only.

193.     Filed By:  General Electric Company
Filed Date:  04/30/2007
Accession No.:  20070618-0211
Description:  General Electric Company responds to items noted at the 5/10/06 site inspection of Project 3820.

194.     Filed By:  General Electric Company
Filed Date:  04/30/2007
Accession No.:  20070618-0214
Description:  General Electric Company informs FERC that the canal tree and brush growth as requested by C. Y. Hsu during his site visit of May 10, 2006 has recently been completed under P-3820.

195.     Filed By:  General Electric Company
Filed Date:  01/11/2008
Accession No.:  20080123-0104
Description:  General Electric Company submits the 2007 minimum flow compliance certification for the Great Falls Upper Dam under P-3820.

196.     Filed By:  General Electric Company
Filed Date:  01/14/2008
Accession No.:  20080124-0116
Description:  General Electric Company submits the Annual Generation Report for the period of 10/01/06 -9/30/07 re Project 3820.

**Record**
**Item No.**      **Description**

197.        Issued By:  New York Regional Office
            Filed Date:  01/16/2009
            Accession No.:  20090420-0143
            Description:  Letter informing A&D Hydro Inc. et al. of proposed
            changes to the FERC Hydro Security Program and to provide a
            timeline for the revisions under P-7254 et al.

198.        Filed By:  General Electric Company
            Filed Date:  01/22/2009
            Accession No.:  20090206-0069
            Description:  General Electric Company certifies that the minimum
            flow for 2008 was operated in compliance with Article 35 for the
            Great Falls Upper Dam under P-3820.

199.        Issued By:  New York Regional Office
            Filed Date:  01/22/2009
            Accession No.:  20090420-0155
            Description:  Letter informing Abbott's Mills Hydro Electric
            Company et al. of the guidelines re Dam Safety Program conducting
            PFMAs for all high and significant downstream hazard potential dams
            that require Part 12D Inspections under P-2442 et al.

200.        Filed By:  General Electric Company
            Filed Date:  01/26/2009
            Accession No.:  20090129-0198
            Description:  GE Electric Company submits the detail of their 2008
            Annual KWH Generation Statement for the period of 10/1/07 through
            9/30/08 under P-3820.

201.        Filed By:  Individual
            Filed Date:  05/29/2009
            Accession No.:  20091030-0094
            Description:  Emailed dated 5/29/09 from Gerald Cross re
            Replacement Gate Design photos under P-3820.

**Record**
**Item No.**      **Description**

202.      Filed By:  GE Energy
          Filed Date:  01/12/2010
          Accession No.:  20100119-0455
          Description:  GE Energy submits letter informing FERC of contact
          changes under P-3820.

203.      Filed By:  GE Energy
          Filed Date:  01/12/2010
          Accession No.:  20100119-0456
          Description:  GE Energy informs that the 2009 minimum flow was
          maintained by keeping the water level behind the Great Falls Upper
          dam that insures that at least 10CFS flows through the adjacent ice
          sluiceway pursuant to Article under P-3820.

204.      Filed By:  GE Energy
          Filed Date:  01/14/2010
          Accession No.:  20100114-0078
          Description:  GE Energy submits their 2009 generation report during
          the period of 10/1/08 through 9/30/09 under P-3820.

205.      Issued By:  New York Regional Office
          Filed Date:  09/01/2010
          Accession No.:  20100901-0609
          Description:  Dam Safety Inspection Report by New York Regional
          Office for General Electric Company's Somersworth Project for the
          period of 5/10/06 to 9/17/09 under P-3820.

206.      Filed By:  GE Companies
          Filed Date:  02/07/2011
          Accession No.:  20110222-0344
          Description:  GE Energy submits letter re the annual compliance
          certification for the Great Falls Upper Dam Project under P-3820.

| Record Item No. | Description |
| --- | --- |

207.  Filed By:  GE Energy
Filed Date:  02/07/2011
Accession No.:  20110222-0343
Description:  GE Energy submits site contact information for the referenced site under P-3820.

208.  Filed By:  General Electric Company
Filed Date:  02/08/2011
Accession No.:  20110208-0020
Description:  General Electric Company submits the 2010 Annual kWh Generation Statement for the period of 10/1/2009 through 9/30/2010 under P-3820.

209.  Issued By:  Office of Energy Projects
Filed Date:  01/09/2012
Accession No.:  20120127-0045
Description:  Letter to the parties addressed discussing a wide variety of recreation issues in conjunction with licensing and operation hydropower projects under P-2652 et al.

210.  Filed By:  General Electric Company
Filed Date:  01/17/2012
Accession No.:  20120209-0428
Description:  General Electric Company submits confirmed contact information under P-3820.

211.  Filed By:  General Electric Company
Filed Date:  01/17/2012
Accession No.:  20120210-0347
Description:  General Electric Company submits Annual Compliance Certification under P-3820.

**Record**
**Item No.**      **Description**

212.          Filed By:  General Electric Company
              Filed Date:  01/19/2012
              Accession No.:  20120119-0002
              Description:  General Electric Company submits Annual kwh
              Generation Statement for the period of 10/1/10 through 9/30/11 under
              P-3820.

213.          Issued By:  New York Regional Office
              Filed Date:  10/26/2012
              Accession No.:  20121126-0340
              Description:  Letter to General Electric Company re the dam safety
              inspection follow-up for the Somersworth Project under P-3820.

214.          Filed By:  General Electric Company
              Filed Date:  01/28/2013
              Accession No.:  20130213-0397
              Description:  General Electric Company submits site contact
              information under P-3820.

215.          Filed By:  GE Energy
              Filed Date:  01/28/2013
              Accession No.:  20130213-0391
              Description:  GE Energy submits the certifications that the
              hydroelectric project was operated in 2012 in compliance with their
              license under P-3820.

216.          Filed By:  General Electric Company
              Filed Date:  01/29/2013
              Accession No.:  20130129-0004
              General Electric Company submits the 2012 annual generation report
              under P-3820.

| **Record Item No.** | **Description** |
|---|---|

217.   Issued By:  New York Regional Office
       Filed Date:  04/17/2013
       Accession No.:  20130417-5049
       Description:  Dam Safety Inspection Report by NYRO for General
       Electric Company for the Somersworth Project for the period
       September 17, 2009 to September 25, 2012 under P-3820.

218.   Issued By:  New York Regional Office
       Filed Date:  04/17/2013
       Accession No.:  20130417-5050
       Description:  Dam Safety Inspection Report by NYRO for General
       Electric Company for the Somersworth Project for the period
       September 17, 2009 to September 25, 2012 under P-3820.

219.   Filed By:  GE Energy
       Filed Date:  01/29/2014
       Accession No.:  20140326-0189
       Description:  GE Energy submits letter confirming site contact
       information for the Somersworth Project under P-3820.

220.   Filed By:  General Electric Company
       Filed Date:  02/05/2014
       Accession No.:  20140214-0171
       Description:  General Electric Company submits the FY 2013 Annual
       kWh Generation Statement for the period 10/1/12 through 9/30/13
       under P-3820.

221.   Filed By:  GE Energy
       Filed Date:  11/29/2014
       Accession No.:  20141208-0182
       Description:  GE Energy submits the updated contact information for
       the Somersworth Project under P-3820.

**Record**
**Item No.**    **Description**

222.    Issued By:  New York Regional Office
Filed Date:  01/20/2015
Accession No.:  20150202-0214
Description:  Letter to General Electric Company regarding the Dam
Safety Inspection for the Somersworth Project under P-3820.

223.    Filed By:  GE Energy
Filed Date:  01/20/2015
Accession No.:  20150120-0106
Description:  GE Energy submits the annual generation report for the
period of 10/1/13 through 9/30/14 for the Somersworth Project under
P-3820.

224.    Filed By:  GE Energy
Filed Date:  01/27/2015
Accession No.:  20150211-0201
Description:  GE Energy submits the 2014 Minimum Annual
Compliance Certification pursuant to Article 35 under P-3820.

225.    Filed By:  General Electric Company
Filed Date:  01/27/2015
Accession No.:  20150211-0203
Description:  General Electric Company submits request for an
exemption from filing an Emergency Action Plan under P-3820.

226.    Filed By:  General Electric Company
Filed Date:  01/27/2015
Accession No.:  20150211-0202
Description:  General Electric Company submits the updated contact
information under P-3820.

227.    Issued By:  Office of Energy Projects
Filed Date:  03/03/2015
Accession No.:  20150303-3002
Description:  Letter informing General Electric Company that its
license will expire on 8/31/21 for the Somersworth Hydroelectric
Project under P-3820. Advance Notice of License Expiration.

**Record**
**Item No.**       **Description**

228.            Issued By:  New York Regional Office
                Filed Date:  03/03/2015
                Accession No.:  20150310-0151
                Description:  Letter acknowledging General Electric Company's
                receipt of the 1/6/15 letter which submitted the Annual Emergency
                Action Plan exemption review for the Somersworth Project under
                P-3820.

229.            Issued By:  New York Regional Office
                Filed Date:  03/19/2015
                Accession No.:  20150319-5062
                Description:  Dam Safety Inspection Report by NYRO for General
                Electric Company for the Somersworth Project for the period
                September 25, 2012 to November 19, 2014 under P-3820.

230.            Issued By:  New York Regional Office
                Filed Date:  03/19/2015
                Accession No.:  20150319-5063
                Description:  Dam Safety Inspection Report by NYRO for General
                Electric Company for the Somersworth Project for the period
                September 25, 2012 to November 19, 2014 under P-3820.

231.            Issued By:  Office of Energy Projects
                Filed Date:  04/01/2015
                Accession No.:  20150401-4007
                Description:  Notice of License Expiration and Request for
                Information Regarding Process Selection.

232.            Filed By:  General Electric Company
                Filed Date:  04/23/2015
                Accession No.:  20160128-0287
                Description:  General Electric Company submits the Dam Safety
                Surveillance and Monitoring Report for the Somersworth Project
                under P-3820.

**Record
Item No.**      **Description**

233.      Issued By:  Office of Energy Projects
Filed Date:  05/05/2015
Accession No.:  20150505-3004
Description:  Memo dated 5/5/15 from the Office of Energy Projects
re record of phone conversation regarding the annual minimum flow
certification notification for the Somersworth Project under P-3820.

234.      Issued By:  Office of Energy Projects
Filed Date:  11/25/2015
Accession No.:  20151125-3011
Description:  Notice of License Expiration and Request for
Information Regarding Process Selection.

235.      Issued By:  Office of Energy Projects
Filed Date:  12/02/2015
Accession No.:  20151202-3003
Description:  Errata letter rescinding Advanced Notice of License
Expiration letter issued November 25, 2015 under P-619 et al.

236.      Issued By:  New York Regional Office
Filed Date:  01/26/2016
Accession No.:  20160205-0158
Description:  Letter order accepting General Electric Company's
4/23/15 submittal of the 2014 Dam Safety Surveillance and
Monitoring Report for the Somersworth Project under P-3820.

237.      Filed By:  Aclara Meters LLC, General Electric Company
Filed Date:  02/09/2016
Accession No.:  20160209-5130
Description:  Application of General Electric Company and Aclara
Meters LLC for approval of license transfer under P-3820

238.      Filed By:  Aclara Meters LLC, General Electric Company
Filed Date:  02/09/2016
Accession No.:  20160209-5131
Description:  Application of General Electric Company and Aclara
Meters LLC for approval of license transfer under P-3820

**Record**
**Item No.**      **Description**

239.      Issued By:  Office of Energy Projects
          Filed Date:  02/10/2016
          Accession No.:  20160210-3010
          Description:  Letter to multiple licensees requesting information
          regarding process selection for relicense under P-77 et al.

240.      Issued By:  Secretary Of The Commission, FERC
          Filed Date:  02/24/2016
          Accession No.:  20160224-3025
          Description:  Notice of Application for Transfer of License and
          Soliciting Comments, Motions to Intervene and Protests re General
          Electric Company et al. under P-3820.

241.      Filed By:  Aclara Meters LLC
          Filed Date:  03/03/2016
          Accession No.:  20160303-0020
          Description:  Aclara Technologies submits 2014 Annual kWh
          Generation Statement for the period of 10/1/14 through 9/30/15 under
          P-3820.

242.      Filed By:  Aclara Meters LLC
          Filed Date:  03/04/2016
          Accession No.:  20160426-0254
          Description:  Aclara Meters, LLC submits a request for continued
          exemption from filing an Emergency Action Plan under P-3820.

243.      Filed By:  Aclara Meters LLC
          Filed Date:  03/04/2016
          Accession No.:  20160426-0255
          Description:  Aclara Meters, LLC submits updated contact
          information under P-3820.

| Record Item No. | Description |
| --- | --- |

**244.**
Filed By:  Aclara Meters LLC
Filed Date:  03/29/2016
Accession No.:  20160616-0181
Description:  Aclara Meters, LLC submits the Dam Safety Surveillance and Monitoring Report for the Stone Dam and Back Dam under P-3820.

**245.**
Issued By:  Office of Energy Projects
Filed Date:  03/29/2016
Accession No.:  20160329-3038
Description:  Order Approving Transfer of License re General Electric Company et al. under P-3820.

**246.**
Filed By:  Aclara Meters LLC
Filed Date:  05/11/2016
Accession No.:  20160511-5042
Description:  Acceptance of License Transfer by Aclara Meters LLC of Somersworth Project in Compliance with Ordering Paragraph C under P-3820.

**247.**
Issued By:  Office of Energy Projects
Filed Date:  05/17/2016
Accession No.:  20160517-3017
Description:  Letter to Aclara Meters LLC providing filing guidelines to help maintain compliance with the licenses requirements re the Signed Acceptance of License Transfers for the Somersworth Project under P-3820.

**248.**
Filed By:  Aclara Meters LLC
Filed Date:  06/06/2016
Accession No.:  20160606-0088
Description:  Aclara Meters LLC submits the licensee contact and service list information for the Somersworth Project under P-3820.

**Record
Item No.**          **Description**

249.          Issued By:  New York Regional Office
              Filed Date:  06/28/2016
              Accession No.:  20160725-0183
              Description:  Letter to Aclara Meters LLC re the 4/20/16 submittal of
              the 2015 Dam Safety Surveillance and Monitoring Report et al. for the
              Somersworth Project under P-3820.

250.          Issued By:  New York Regional Office
              Filed Date:  06/28/2016
              Accession No.:  20160713-0225
              Description:  Letter order accepting Aclara Meters LLC's 4/20/16
              filing of the Penstock Inspection Report for the Somersworth Project
              under P-3820.

251.          Filed By:  Gomez and Sullivan Engineers
              Filed Date:  08/31/2016
              Accession No.:  20160831-5134
              Description:  Proof of Publication in Newspaper-Notice of Intent/Pre-
              Application Document/and Request to Use Traditional Licensing
              Process of Gomez and Sullivan Engineers under P-3820.

252.          Filed By:  Gomez and Sullivan Engineers
              Filed Date:  08/31/2016
              Accession No.:  20160831-5128
              Description:  Notice of Intent/Pre-Application Document and Request
              to Use Traditional licensing process of Gomez and Sullivan Engineers
              under P-3820.

253.          Filed By:  Gomez and Sullivan Engineers
              Filed Date:  08/31/2016
              Accession No.:  20160831-5130
              Description:  Notice of Intent/Pre-Application Document of Gomez
              and Sullivan Engineers under P-3820.

| Record Item No. | Description |
|---|---|

254.  Filed By:  Gomez and Sullivan Engineers
Filed Date:  08/31/2016
Accession No.:  20160831-5131
Description:  Notice of Intent Pre-Application Document of Gomez
and Sullivan Engineers under P-3820

255.  Issued By:  Office of Energy Projects
Filed Date:  10/06/2016
Accession No.:  20161006-3016
Description:  Letter order granting Aclara Meters, LLC's 8/31/16
request to use the Traditional Licensing Process re the Somersworth
Hydroelectric Project under P-3820.

256.  Issued By:  Secretary Of The Commission, FERC
Filed Date:  10/06/2016
Accession No.:  20161006-3023
Description:  Notice of Intent to File License Application, Filing of
Pre-Application Document, and Approving Use of the Traditional
Licensing Process re Aclara Meters, LLC under P-3820.

257.  Filed By:  Gomez and Sullivan Engineers
Filed Date:  11/01/2016
Accession No.:  20161101-5222
Description:  Aclara's Somersworth Hydroelectric Project-Date/Time
of Joint Meeting and Site Visit under P-3820.

258.  Filed By:  Gomez and Sullivan Engineers
Filed Date:  12/05/2016
Accession No.:  20161205-5271
Description:  Aclara-Somersworth Hydroelectric Project (FERC No.
3820) - Cover Letter, Joint Meeting Minutes, PowerPoint Presentation
and audio recording.

| Record Item No. | Description |
|---|---|

259.     Filed By:  Maine Department of Environmental Protection
Filed Date:  01/12/2017
Accession No.:  20170112-5079
Description:  TLP Comments and Study Request of Maine
Department of Environmental Protection under P-3820.

260.     Filed By:  USFWS – NEFO
Filed Date:  01/13/2017
Accession No.:  20170113-5053
U.S. Fish and Wildlife Service Comments on the PAD and Study
Requests for the Somersworth Hydroelectric Project under P-3820.

261.     Filed By:  New Hampshire Department of Environmental Services
Filed Date:  01/13/2017
Accession No.:  20170113-5136
Description:  Supplemental Information of New Hampshire
Department of Environmental Services under P-3820.

262.     Filed By:  NH Fish and Game Department
Filed Date:  01/13/2017
Accession No.:  20170113-5176
Description:  Comments to the PAD from NHF&G Appl. For
License/Relicense under P-3820.

263.     Filed By:  American Whitewater
Filed Date:  01/17/2017
Accession No.:  20170117-5152
Description:  Comment of American Whitewater on the PAD and
Study Requests for the Somersworth Hydroelectric Project on the
Salmon Falls River P-3820.

264.     Filed By:  Maine Department of Inland Fisheries & Wildlife
Filed Date:  01/17/2017
Accession No.:  20170117-5159
Description:  Maine Department of Inland Fisheries & Wildlife
provide comments for the PAD and Study Recommendations for the
Somersworth Hydroelectric Project under P-3820.

| Record Item No. | Description |
|---|---|

265.    Filed By:  NOAA Fisheries Service, Northeast Region
Filed Date:  01/17/2017
Accession No.:  20170117-5260
Description:  PAD comments of NOAA Fisheries Service, Northeast Region for the Somersworth Hydroelectric Project under P-3820.

266.    Filed By:  Maine Department Of Environmental Protection
Filed Date:  01/18/2017
Accession No.:  20170118-0028
Description:  Maine Department of Environmental Protection submits comments on the Pre-Application Document for the Somersworth Hydroelectric Project under P-3820.

267.    Filed By:  Aclara Meters LLC
Filed Date:  10/10/2018
Accession No.:  20181226-0178
Description:  Aclara Meters, LLC submits DSSMR regarding P-3820.

268.    Issued By:  New York Regional Office
Filed Date:  11/06/2018
Accession No.:  20181106-3008
Description:  Letter requesting General Electric Company to submit a plan and schedule re the Post inspection letter for the Somersworth Project within 45 days under P-3820.

269.    Issued By:  New York Regional Office
Filed Date:  01/15/2019
Accession No.:  20190115-3072
Description:  Letter to General Electric Company re Hazard Reclassification and Review of 2017 Dam Safety Surveillance and Monitoring Report (DSSMR) of the Somersworth Project under P-3820.

**Record
Item No.**      **Description**

270.     Issued By:  New York Regional Office
Filed Date:  03/20/2019
Accession No.:  20190320-3070
Description:  Dam Safety Inspection Report by the New York
Regional Office re General Electric Company's Somersworth Project
for the period of 11/19/2014 to 07/25/2018 under P-3820.

271.     Issued By:  New York Regional Office
Filed Date:  03/20/2019
Accession No.:  20190320-3071
Description:  2018 Dam Safety Inspection Report from NYRO for
General Electric Company's Somersworth Project for the period of
11/19/2014 to 07/25/2018 under P-3820.

272.     Filed By:  Aclara Meters LLC
Filed Date:  03/27/2019
Accession No.:  20190426-0159
Description:  Aclara Meters, LLC submits the Dam Safety
Surveillance and Monitoring Report for the Stone Dam Project et al.
under P-3820.

273.     Filed By:  Aclara Meters LLC
Filed Date:  03/29/2019
Accession No.:  20190329-5430
Description:  Surrender of Aclara Meters LLC under P-3820.

274.     Filed By:  Aclara Meters LLC
Filed Date:  04/11/2019
Accession No.:  20190411-0019
Description:  Aclara Meters, LLC submits the FY 2018 Annual kWh
Generation Statement for the period of 10/01/2017 through 09/30/219
under P-3820.

| Record Item No. | Description |
| --- | --- |

**275.**  Issued By:  Secretary Of The Commission, FERC
Filed Date:  04/26/2019
Accession No.:  20190426-3005
Description:  Notice of Withdrawal of Existing Licensee's Notice of Intent to File a New License Application and Soliciting Pre-Application Documents and Notices of Intent to File a New License Application re Aclara Meters, LLC under P-3820.

**276.**  Issued By:  New York Regional Office
Filed Date:  04/30/2019
Accession No.:  20190430-3006
Description:  Letter to Aclara Meters, LLC providing comments re the 2018 Dam Safety Surveillance and Monitoring Report for the Somersworth Project under P-3820.

**277.**  Issued By:  Secretary Of The Commission, FERC
Filed Date:  09/11/2019
Accession No.:  20190911-3036
Description:  Notice of Application Accepted for Filing and Soliciting Comments, Motions to Intervene, and Protests re Aclara Meters, LLC under P-3820.

**278.**  Issued By:  Secretary Of The Commission, FERC
Filed Date:  09/20/2019
Accession No.:  20190920-3065
Description:  Notice of Intent to File License Application, Filing of Pre-Application Document, and Approving Use of the Traditional Licensing Process re New Hampshire Renewable Resources, LLC under P-15004 et al.

**279.**  Filed By:  American Whitewater
Filed Date:  09/27/2019
Accession No.:  20190927-5052
Description:  American Whitewater Motion to Intervene and Comments on License Surrender Application for the Somersworth Hydroelectric Project, FERC Project No. 3820.

**Record
Item No.**       **Description**

280.       Filed By:  City of Somersworth, NH
           Filed Date:  10/09/2019
           Accession No.:  20191009-5057
           Description:  Motion to Intervene of City of Somersworth, NH under
           P-3820.

281.       Filed By:  New Hampshire Department of Environmental Services
           Filed Date:  10/10/2019
           Accession No.:  20191010-5148
           Description:  New Hampshire Department of Environmental Services
           comments on the License Surrender Application for the Somersworth
           Hydroelectric Project, P-3820-012.

282.       Filed By:  New Hampshire Fish and Game Department
           Filed Date:  10/10/2019
           Accession No.:  20191010-5219
           Description NHFGD Surrender letter comments under P-3820.

283.       Filed By:  U.S. Fish and Wildlife Service/NEFO
           Filed Date:  10/10/2019
           Accession No.:  20191010-5019
           Description:  USFWS Comments on Aclara's Surrender for the
           Somersworth Project, under P-3820.

284.       Filed By:  Aclara Meters LLC
           Filed Date:  10/15/2019
           Accession No.:  20191015-5357
           Description:  Response of Aclara Meters LLC to Motions to Intervene
           and Comments on License Surrender under P-3820.

285.       Filed By:  New Hampshire Renewable Resources LLC
           Filed Date:  10/28/2019
           Accession No.:  20191028-5067
           Description:  Supplemental Information of New Hampshire
           Renewable Resources LLC under P-15004, et al. Proof of publication
           with agenda for Joint Agency Meeting.

**Record
Item No.**     **Description**

286.     Issued By:  Office of Energy Projects
Filed Date:  02/26/2020
Accession No.:  20200226-3055
Description:  Letter to American Whitewater discussing the dispute
resolution for the Somersworth Hydroelectric Project under P-15004
et al.

287.     Issued By:  Office of Energy Projects
Filed Date:  02/27/2020
Accession No.:  20200227-3001
Description:  Letter to New Hampshire Division of Historical
Resources discussing the surrender application and requesting
comments on FERC's determination within 30 days for the
Somersworth Hydroelectric Project under P-3820.

288.     Issued By:  Office of Energy Projects
Filed Date:  03/23/2020
Accession No.:  20200323-3006
Description:  Memo dated 03/23/2020 forwarding New Hampshire
Division of Historical Resources' letter responding to the
Commission's 02/27/2020 letter on determination of effect re the
surrender application for the Somersworth Project under P-3820.

289.     Filed By:  Aclara Meters LLC
Filed Date:  04/09/2020
Accession No.:  20200410-0007
Description:  Aclara Meters, LLC submits the Annual kWh
Generation Statement for the reporting period of 10/01/2018 through
09/30/2019 under P-3820.

290.     Issued By:  Office of Energy Projects
Filed Date:  04/24/2020
Accession No.:  20200424-3014
Description:  Letter to Advisory Council on Historic Preservation
discussing the section 106 of the National Historic Preservation Act
consultation on surrender application for the Somersworth
Hydroelectric Project under P-3820.

**Record**
**Item No.**      **Description**

291.      Issued By:  Office of Energy Projects
          Filed Date:  05/14/2020
          Accession No.:  20200514-3012
          Description:  Memo dated 05/14/2020 providing Advisory Council on
          Historic Preservation's letter requesting additional information re the
          proposed surrender of the Somersworth Project under P-3820.

292.      Filed By:  Sebago Chapter of Trout Unlimited
          Filed Date:  05/20/2020
          Accession No.:  20200520-5041
          Description:  Comment of Sebago Chapter of Trout Unlimited under
          P-15004 and P-3820 providing additional information.

293.      Filed By:  Aclara Meters LLC
          Filed Date:  06/23/2020
          Accession No.:  20200623-5195
          Description:  Comments of Aclara Meters LLC under P-15004, et al.

294.      Filed By:  Advisory Council on Historic Preservation
          Filed Date:  07/31/2020
          Accession No.:  20200731-5273
          Description:  Comment of Advisory Council on Historic Preservation
          regarding FERC's Section 106 finding of effect under P-3820.

295.      Filed By:  Aclara Meters LLC
          Filed Date:  08/20/2020
          Accession No.:  20200820-5166
          Description:  Request for Expeditious Processing of Surrender
          Application of Aclara Meters LLC under P-3820.

296.      Issued By:  Office of Energy Projects
          Filed Date:  08/20/2020
          Accession No.:  20200820-3014
          Description:  Letter to New Hampshire Renewable Resources, LLC et
          al. discussing the notice of withdrawal of notice of intent to file a
          license application and pre-application document for the Somersworth
          Hydroelectric Project under P-3820 et al.

| **Record Item No.** | **Description** |
|---|---|
| 297. | Filed By:  American Whitewater<br>Filed Date:  09/03/2020<br>Accession No.:  20200903-5014<br>Description:  Additional information request of American Whitewater for license surrender application under P-3820. |
| 298. | Filed By:  Aclara Meters LLC<br>Filed Date:  09/15/2020<br>Accession No.:  20200915-5078<br>Description:  Response to American Whitewater's Additional Information Request of Aclara Meters LLC under P-3820. |
| 299. | Issued By:  Office of Energy Projects<br>Filed Date:  01/06/2021<br>Accession No.:  20210106-3015<br>Description:  Environmental Assessment for Surrender of License for the Somersworth Hydroelectric Project under P-3820. |
| 300. | Issued By:  Secretary Of The Commission, FERC<br>Filed Date:  01/06/2021<br>Accession No.:  20210106-3018<br>Description:  Notice of Availability of Environmental Assessment re Aclara Meters, LLC under P-3820. |
| 301. | Filed By:  Maine Department of Environmental Protection<br>Filed Date:  02/05/2021<br>Accession No.:  20210205-5027<br>Description:  Maine Department of Environmental Protection Comments on the Environmental Assessment for the Somersworth Hydroelectric Project Surrender P-3820. |

| **Record Item No.** | **Description** |
| --- | --- |

302.     Filed By:  USFWS – NEFO
          Filed Date:  02/05/2021
          Accession No.:  20210205-5097
          Description:  United States Fish and Wildlife Service submits
          Comments on Environmental Assessment for Aclara Meters, LLC
          Surrender of License for the Somersworth Hydroelectric Project under
          P-3820.

303.     Filed By:  Maine Department of Inland Fisheries and Wildlife
          Filed Date:  02/05/2021
          Accession No.:  20210205-5131
          Description:  Comments of Maine Department of Inland Fisheries and
          Wildlife on the Somersworth Hydroelectric Project under P-3820.

304.     Filed By:  Sebago Chapter of Trout Unlimited
          Filed Date:  02/05/2021
          Accession No.:  20210205-5144
          Description:  Comments of Sebago Chapter of Trout Unlimited on the
          on Somersworth Hydroelectric Project under P-3820.

305.     Filed By:  American Whitewater
          Filed Date:  02/08/2021
          Accession No.:  20210208-5027
          Description:  American Whitewater submits Comments on the
          Environmental Assessment for Surrender of License for the
          Somersworth Hydroelectric Project under P-3820.

306.     Filed By:  New Hampshire Fish and Game Department
          Filed Date:  02/09/2021
          Accession No.:  20210209-5086
          Description:  New Hampshire Fish and Game Department submits
          Comments on the Environmental Assessment for the Somersworth
          Hydroelectric Project under P-3820.

| Record Item No. | Description |
|---|---|

307.

Filed By:  Individual
Filed Date:  02/09/2021
Accession No.:  20210209-5084
Description:  Comments of John Silverio in Docket(s)/Project(s) P-3820.

308.

Filed By:  Aclara Meters, LLC
Filed Date:  02/22/2021
Accession No.:  20210222-5096
Description:  Response to Comments on Environmental Assessment of Aclara Meters, LLC under P-3820.

309.

Filed By:  Aclara Meters, LLC
Filed Date:  03/31/2021
Accession No.:  20210727-0025
Description:  Aclara Meters, LLC submits Dam Safety Surveillance and Monitoring Report under P-3820.

310.

Filed By: Aclara Meters, LLC
Filed Date:  03/31/2021
Accession No.:  20210727-0026
Description:  Aclara Meters, LLC submits Dam Safety Surveillance and Monitoring Report under P-3820.

311.

Filed By:  Aclara Meters LLC
Filed Date:  05/03/2021
Accession No.:  20210503-0007
Description:  Aclara Meter, LLC submits 2019 Annual kWh Generation Statement under P-3820.

312.

Issued By:  New York Regional Office
Filed Date:  06/08/2021
Accession No.:  20210608-3010
Description:  2021 Annual Letter - Reminder of Responsibilities from New York Regional Office under P-14537 et al.

| Record Item No. | Description |
|---|---|

**Record
Item No.     Description**

313.    Issued By:  Secretary Of The Commission, FERC
Filed Date:  09/14/2021
Accession No.:  20210914-3014
Description:  Notice of Authorization for Continued Project Operation
re Aclara Meters, LLC under P-3820.

314.    Filed By:  Aclara Meters LLC
Filed Date:  03/24/2022
Accession No.:  20220324-5187
Description:  Aclara Meters LLC submits Renewed Request for
Expeditious Action on Surrender Application for the MW
Somersworth Hydroelectric Project under P-3820.

315.    Filed By:  Aclara Meters LLC
Filed Date:  04/01/2022
Accession No.:  20220401-0006
Description:  Aclara Meters, LLC. submits 2021 Generation Report
for the period of 10/01/2020 through 09/30/2021 under P-3820.

316.    Issued By:  New York Regional Office
Filed Date:  04/05/2022
Accession No.:  20220405-3057
Description:  Mass Mailing - Letter from the New York Regional
Office to licensee/exemptee discussing Revisions to the
Commission's Safety of Water Power Projects and Project Works,
pursuant to 18 C.F.R. Part 12 and Order No. 880.

317.    Issued By:  Office of Energy Projects
Filed Date:  06/14/2022
Accession No.:  20220614-3007
Description:  Memo dated 06/14/2022 forwarding the U.S. Fish and
Wildlife Service's updated List of Threatened, Endangered, Candidate
and Proposed Species, Generated by ECOS-IPaC Website etc. for the
Somersworth Project under P-3820.

| **Record Item No.** | **Description** |
|---|---|

318.    Issued By:  New York Regional Office
Filed Date:  07/25/2022
Accession No.:  20220725-3076
Description:  Letter order to Mr. John Hinkley accepting the 2021 Dam Safety Surveillance and Monitoring Report under P-3820.

319.    Issued By:  New York Regional Office
Filed Date:  08/02/2022
Accession No.:  20220802-3037
Description:  Letter to Aclara providing comments on the 2022 Dam Safety Inspection Report for the Somersworth Project under P-3820.

320.    Filed By:  United States Senator Jeanne Shaheen et al.
Filed Date:  11/21/2022
Accession No.:  20221121-4001
Description:  Comments of United States Senator Jeanne Shaheen et al. re the delay in FERC's action on the license surrender application for the Somersworth Hydroelectric Project under P-3820.

321.    Issued By:  Chair And Immediate Staff (FERC)
Filed Date:  01/04/2023
Accession No.:  20230104-4005
Description:  Response to United States Senator Jeanne Shaheen's et al. 11/14/2022 letter re the surrender application etc. for the Somersworth Hydroelectric Project under P-3820.

322.    Filed By:  U.S. Fish and Wildlife Service/MEFO
Filed Date:  01/30/2023
Accession No.:  20230130-5104
Description:  Comments of United States Department of the Interior, U.S. Fish and Wildlife Service Maine Field Office under P-2142, et al.

**Record
Item No.**      **Description**

323.      Filed By:  Aclara Meters, LLC
Filed Date:  01/31/2023
Accession No.:  20230131-5148
Description:  Aclara Meters, LLC submits confirmation of receipt of
FERC's 2nd post inspection letter dated August 2, 2022 re the 2022
Dam Safety Inspection Report for the Somersworth Hydroelectric
Project under P-3820.

324.      Issued By:  Office Of Energy Projects
Filed Date:  03/09/2023
Accession No.:  20230309-3034
Description:  Telephone Memo dated 08/03/2022 providing record of
communication with Steve Doyon of the New Hampshire Department
of Environmental Services Water Division re the proposed surrender
of the Somersworth Project under P-3820.

325.      Filed By:  Aclara Meters, LLC
Filed Date:  03/31/2023
Accession No.:  20230331-5251
Description:  Aclara Meters, LLC submits Dam Safety Surveillance
Monitoring Report for the Somersworth Hydroelectric Project under
P-3820.

326.      Filed By:  Aclara Meters, LLC
Filed Date:  03/31/2023
Accession No.:  20230331-5252
Description:  Aclara Meters, LLC submits Dam Safety Surveillance
Monitoring Report for the Somersworth Hydroelectric Project under
P-3820.

327.      Filed By:  Aclara Meters, LLC
Filed Date:  03/31/2023
Accession No.:  20230331-5307
Description:  Aclara Meters, LLC submits Annual Kilowatt-hour
Generating Report for the reporting period of October 1, 2021,
through September 30, 2022, under P-3820.

**Record
Item No.**   **Description**

328.   Issued By:  New York Regional Office
Filed Date:  05/03/2023
Accession No.:  20230503-3045
Description:  Dam Safety Inspection Report by New York Regional
Office for Aclara Meters, LLC, Somersworth Project, for the period of
12/2021 to 05/19/2022 under P-3820.

329.   Issued By:  New York Regional Office
Filed Date:  05/03/2023
Accession No.:  20230503-3046
Description:  Dam Safety Inspection Report by New York Regional
Office for Aclara Meters, LLC, Somersworth Project, for the period of
12/2021 to 05/19/2022 under P-3820.

330.   Filed By:  Aclara Meters LLC
Filed Date:  05/03/2023
Accession No.:  20230503-5169
Description:  Aclara Meters LLC submits Renewed Request for
Action on Application to Surrender License for the Somersworth
Hydroelectric Project under P-3820.

331.   Issued By:  Office Of Energy Projects
Filed Date:  05/22/2023
Accession No.:  20230522-3008
Description:  Order Approving Surrender of License re Aclara Meters,
LLC under P-3820.

332.   Filed By:  American Whitewater
Filed Date:  06/20/2023
Accession No.:  20230620-5149
Description:  American Whitewater submits Request for Rehearing of
the May 22, 2023 Order under P-3820.

| **Record Item No.** | **Description** |
| --- | --- |

333.        Filed By:  Aclara Meters, LLC
            Filed Date:  06/30/2023
            Accession No.:  20230630-5070
            Description:  Aclara Meters, LLC submits Penstock Filling Plan of the Somersworth Hydroelectric Project under P-3820.

334.        Filed By:  Aclara Meters, LLC
            Filed Date:  06/30/2023
            Accession No.:  20230630-5069
            Description:  Aclara Meters, LLC submits Penstock Filling Plan of the Somersworth Hydroelectric Project under P-3820.

335.        Issued By:  New York Regional Office
            Filed Date:  07/11/2023
            Accession No.:  20230711-3033
            Description:  Letter to Aclara accepting the substitution of lightweight cellular concrete fill for the sand fill in the penstock at the Somersworth Project under P-3820.

336.        Issued By:  Secretary Of The Commission, FERC
            Filed Date:  07/21/2023
            Accession No.:  20230721-3029
            Description:  Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration re Aclara Meters, LLC under P-3820.

337.        Filed By:  Aclara Meters LLC
            Filed Date:  09/07/2023
            Accession No.:  20230907-5093
            Description:  Aclara Meters LLC submits Report of Penstock and Forebay Filling Decommissioning Activities Completed for the Somersworth Hydroelectric Project under P-3820.

| Record Item No. | Description |
| --- | --- |

338.    Filed By:  Aclara Meters LLC
        Filed Date:  09/07/2023
        Accession No.:  20230907-5094
        Description:  Aclara Meters LLC submits Report of Penstock and
        Forebay Filling Decommissioning Activities Completed for the
        Somersworth Hydroelectric Project under P-3820.

339.    Issued By:  Secretary Of The Commission, FERC, Commissioners
        And Immediate Staff (The Commission)
        Filed Date:  09/21/2023
        Accession No.:  20230921-3049
        Description:  Order Addressing Arguments Raised on Rehearing re
        Aclara Meters, LLC's Somersworth Hydroelectric Project under
        P-3820.

In witness whereof I have hereunto subscribed and caused the seal of the Federal Energy Regulatory Commission to be affixed this 7th day of December, 2023, at Washington, DC.

/s/ *Kimberly D. Bose*

Kimberly D. Bose,
Secretary.

## CERTIFICATE OF SERVICE

In accordance with Fed. R. App. P. 25(d) and the Court's Administrative

Order Regarding Electronic Case Filing, I hereby certify that I have, this 7th day of

December 2023, served the foregoing upon the counsel listed in the Service

Preference Report via email through the Court's CM/ECF system.


*/s/ Jared B. Fish*
Jared B. Fish
Attorney


Federal Energy Regulatory
  Commission
888 First Street, NE
Washington, DC  20426
Tel.:  (202) 502-8101
Email:  Jared.Fish@ferc.gov