No. 23-1291 September Term, 2023

FERC-Project-3820-012
FERC-Project-3820-015

**Filed On:** February 21, 2024

American Whitewater,

    Petitioner

v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Conservation Law Foundation, et al.,
    Intervenors

**BEFORE:** Henderson, Millett, and Walker, Circuit Judges

# O R D E R

Upon consideration of the motion to dismiss, the responses thereto, and the reply, it is

**ORDERED** that the motion to dismiss be referred to the merits panel to which this petition for review is assigned. The parties are directed to address in their briefs the issues presented in the motion to dismiss rather than incorporate those arguments by reference.

The Clerk is directed to enter a briefing schedule.

**Per Curiam**