# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 23-1291                       September Term, 2024

FERC-Project-3820-012
FERC-Project-3820-015

Filed On: November 6, 2024 [2083787]

American Whitewater,

        Petitioner

    v.

Federal Energy Regulatory Commission,

        Respondent

------------------------------

Conservation Law Foundation, et al.,
        Intervenors

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for November 20, 2024, at 9:30 A.M.:

        Petitioner   -   10 Minutes

        Respondent   -   10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Henderson and Pan, and Senior Circuit Judge Edwards.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by November 8, 2024.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)